STATE OF MAINE
CUMBERLAND, ss.

UNIFIED CRIMINAL COURT
PORTLAND
Docket No. CR-18-4649

STATE OF MAINE )
)
)
)
v. )
)
)
)
QUINTON SMITH )
)
Defendant )

ORDER ON DEFENDANT'S
MOTION TO SUPPRESS

REC'D CUMB CLERKS OFC
DEC 14 '18 PM2:15

Defendant contends that the Portland Police Department violated his Constitutional rights first by stopping him and then by searching him and his vehicle. Defendant claims that in the absence of reasonable articulable suspicion that Defendant was engaging, or about to engage, in criminal conduct, a civil violation, or a threat to public safety, the police had no constitutional basis for detaining him and searching him and his vehicle. The State contends that given the totality of the circumstances the police had such reasonable articulable suspicion, and argues that in any event the police were authorized to search Defendant's vehicle by virtue of Defendant's conditions of probation.

An evidentiary hearing was held on December 11, 2018. Assistant Attorney General Johanna Gauvreau appeared and argued on behalf of the State. Attorney Stephen Shea appeared and argued on behalf of Defendant. The court heard testimony from Officer Matthew Morrison of the Portland Police Department as well as oral argument from counsel.

For purposes of Defendant's Motion to Suppress, the court makes the following findings of fact: Defendant was driving a rental vehicle in Portland's Bayside neighborhood. Officer Morrison observed the vehicle make four left turns such that it ended up back at the spot where he had first seen it. At that point the vehicle pulled over and let the officers' unmarked police car pass. Approximately fifteen minutes later, Officer Morrison saw the vehicle again, this time reversing thirty feet on the westbound lane of Cumberland Avenue. Defendant parked and exited the car. The officers asked Defendant, "Why are you trying to evade us?" or words to that effect. Defendant then lifted his shirt while stating, "I don't have drugs or a gun on me." At that point the officers exited their vehicle and asked Defendant for his identification. Although Defendant had

been driving, he did not have a valid driver's license. Defendant gave consent to a search of his person and his vehicle. A business card in Defendant's pocket revealed that Defendant was on probation. Defendant was then arrested for operating without a license and violation of his probation. After speaking with Defendant's probation officer, a canine officer was called to the scene, and with the help of the police dog officers found crack cocaine wedged between the visor and the roof of the vehicle.

Based on the above facts, the court finds that Defendant was not "stopped" for 4th Amendment purposes until he was asked for his identification. At that point, the totality of the circumstances included, not just the rental car, the suspicious four left turns, and the backing up against traffic, but Defendant's conduct in lifting his shirt and proclaiming that he did not have drugs or a gun on him. The court understands that Defendant's counsel questions whether that actually happened given its omission from Officer Morrison's report, but the court finds the officer's testimony regarding Defendant's conduct and words to be credible. The court finds, moreover, that Defendant consented to the search of his person and his vehicle. Even in the absence of such consent, the search of Defendant's vehicle was authorized by Defendant's conditions of probation, which expressly include the condition that Defendant "shall submit to random search and testing for drugs, firearms and dangerous weapons at the direction of a probation or law enforcement officer." In addition to Defendant's consent and the "random search" probation condition, the court finds in any event that the officers had reasonable articulable suspicion to search the vehicle based on the totality of the circumstances.

Accordingly, having considered the facts in light of the constitutional requirements of Maine and Federal law, it is hereby ORDERED that Defendant's Motion to Suppress is hereby DENIED.

DATED: 14 Dec 18

Jed J. French
Unified Criminal Court Judge

Entered on the Docket: 12-14-18

2

STATE OF MAINE
vs
QUINTON L SMITH
112 HIGH STREET
KENNEBUNK ME 04043

NRISC# 127-19

CRIMINAL DOCKET
CUMBERLAND, ss.
Docket No    CUMCD-CR-2018-04649

**DOCKET RECORD**

DOB: 04/23/1979
Attorney:    RICK WINLING                          State's Attorney:    STEPHANIE ANDERSON
             FAIRFIELD & ASSOCIATES PA
             10 STONEY BROOK LANE
             LYMAN ME 04002
             APPOINTED 08/24/2018

Filing Document:    CRIMINAL COMPLAINT              Major Case Type:   FELONY (CLASS A,B,C)
Filing Date:        08/24/2018

**Charge(s)**

1    AGGRAVATED TRAFFICKING OF SCHEDULED DRUGS             08/23/2018    PORTLAND
Seq 11550         17-A  1105-A(1)(B)(1)      Class A

2    UNLAWFUL POSSESSION OF COCAINE BASE                   08/23/2018    PORTLAND
Seq 13376         17-A  1107-A(1)(B)(3)      Class C

3    OPERATE VEHICLE WITHOUT LICENSE                       08/23/2018    PORTLAND
Seq 9867          29-A  1251(1)(A)           Class E

4    CRIMINAL FORFEITURE OF PROPERTY                       08/23/2018    PORTLAND
Seq 7049          15    5826                 Class U

**Docket Events:**

08/24/2018 FILING DOCUMENT - CRIMINAL COMPLAINT FILED ON 08/24/2018

08/24/2018 Charge(s): 1,2
           HEARING - INITIAL APPEARANCE SCHEDULED FOR 08/24/2018 at 01:00 p.m. in Room No. 1

           NOTICE TO PARTIES/COUNSEL
08/24/2018 MOTION - MOTION TO AMEND COMPLAINT MADE ORALLY BY STATE ON 08/24/2018

08/24/2018 MOTION - MOTION TO AMEND COMPLAINT GRANTED ON 08/24/2018
           LANCE  WALKER , JUSTICE
           COPY TO PARTIES/COUNSEL
08/27/2018 Charge(s): 1,2
           HEARING - INITIAL APPEARANCE HELD ON 08/24/2018
           JED  FRENCH , JUDGE
           DA: ANGELA CANNON
           Defendant Present in Court
           FTR 1
08/27/2018 Charge(s): 1,2
           PLEA - NO ANSWER ENTERED BY DEFENDANT ON 08/24/2018

08/27/2018 BAIL BOND - $50,000.00 CASH BAIL BOND SET BY COURT ON 08/24/2018
           JED  FRENCH , JUDGE
08/27/2018 MOTION - MOTION TO AMEND COMPLAINT MADE ORALLY BY STATE ON 08/24/2018

           TO AMEND DOB
08/27/2018 MOTION - MOTION TO AMEND COMPLAINT GRANTED ON 08/24/2018
           JED  FRENCH , JUDGE
           COPY TO PARTIES/COUNSEL                        DOB AMENDED TO 4/23/1979

08/27/2018  MOTION - MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 08/24/2018

08/27/2018  MOTION - MOTION FOR APPOINTMENT OF CNSL GRANTED ON 08/24/2018
    JED  FRENCH , JUDGE
    COPY TO PARTIES/COUNSEL
08/27/2018  Party(s):    QUINTON L SMITH
    ATTORNEY - APPOINTED ORDERED ON 08/24/2018

    Attorney: RICK WINLING
08/27/2018  HEARING - DISPOSITIONAL CONFERENCE SCHEDULED FOR 11/21/2018 at 08:30 a.m. in Room No. 7

08/27/2018  TRIAL - JURY TRIAL SCHEDULED FOR 01/14/2019 at 08:30 a.m. in Room No. 11

    NOTICE TO PARTIES/COUNSEL
10/04/2018  MOTION - MOTION TO MODIFY FILED BY DEFENDANT ON 10/04/2018

10/04/2018  HEARING - MOTION TO MODIFY SCHEDULED FOR 10/11/2018 at 01:00 p.m. in Room No. 1

10/04/2018  HEARING - MOTION TO MODIFY NOTICE SENT ELECTRONICALLY ON 10/04/2018

10/15/2018  HEARING - MOTION TO MODIFY HELD ON 10/11/2018 at 01:00 p.m. in Room No. 1
    NANCY  MILLS , JUSTICE
    Attorney: STEPHEN SHEA
    DA:  CARLOS DIAZ
    Defendant Present in Court
    FTR 1
10/15/2018  MOTION - MOTION TO MODIFY DENIED ON 10/11/2018
    ROLAND A COLE , JUSTICE
11/19/2018  Charge(s):  1,2,3,4
    HEARING - ARRAIGNMENT SCHEDULED FOR 11/21/2018 at 08:30 a.m. in Room No. 7

11/19/2018  Charge(s):  1,2,3,4
    SUPPLEMENTAL FILING - INDICTMENT FILED ON 11/08/2018

11/21/2018  HEARING - DISPOSITIONAL CONFERENCE HELD ON 11/21/2018
    THOMAS D WARREN , JUSTICE
    Attorney: STEPHEN SHEA
    DA: JOHANNA GAUVREAU
    CHAMBERS. UNRESOLVED. MOTION FILED. HEARING TO BE SET FOR 12-11 BY AGREEMENT.
11/21/2018  MOTION - MOTION TO SUPPRESS EVIDENCE FILED BY DEFENDANT ON 11/21/2018

11/21/2018  HEARING - MOTION TO SUPPRESS EVIDENCE SCHEDULED FOR 12/11/2018 at 01:00 p.m. in Room No. 1

    NOTICE TO PARTIES/COUNSEL
11/21/2018  Charge(s):  1,2,3,4
    HEARING - ARRAIGNMENT HELD ON 11/21/2018
    THOMAS D WARREN , JUSTICE
    Attorney: STEPHEN SHEA
    DA: JOHANNA GAUVREAU
    Defendant Present in Court
    DEFENDANT INFORMED OF CHARGES.                              FTR 7

11/21/2018 Charge(s): 1,2,3,4
    PLEA - NOT GUILTY ENTERED BY DEFENDANT ON 11/21/2018

12/12/2018 HEARING - MOTION TO SUPPRESS EVIDENCE HELD ON 12/11/2018
    JED FRENCH , JUDGE
    Attorney: STEPHEN SHEA
    DA: JOHANNA GAUVREAU Officer: MATTHEW MORRISON
    Defendant Present in Court
    FTR CR#1. STATE CALL OFF. MORRISON. J WHEELER RECUSED. J FRENCH TAKES BENCH. STATE EXHIBITS 1
    AND 2 ADMITTED. DEF CROSS. STATE RESTS. DEFENSE RESTS.
12/12/2018 MOTION - MOTION TO SUPPRESS EVIDENCE UNDER ADVISEMENT ON 12/11/2018
    JED FRENCH , JUDGE
12/12/2018 CASE STATUS - CASE FILE LOCATION ON 12/12/2018
    DANIELLE MERRILL , ASSISTANT CLERK
    FILE WITH J FRENCH FOR MOTION TO SUPPRESS UNDER ADVISEMENT
12/14/2018 CASE STATUS - CASE FILE RETURNED ON 12/14/2018

12/14/2018 MOTION - MOTION TO SUPPRESS EVIDENCE DENIED ON 12/14/2018
    JED FRENCH , JUDGE
    COPY TO PARTIES/COUNSEL

A TRUE COPY
ATTEST: _____
    Clerk